William D. Marler, Esq. SBN 17233
Denis W. Stearns, Esq. SBN 22004
*Admitted Pro Hac Vice*
MARLER CLARK. L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: 206-346-1888 / Fax: 206-346-1898
Email: bmarler@marlerclark.com

Frederic L. Gordon, Esq. SBN 98994
GORDON & HOLMES
223 West Date Street
San Diego, CA  92101-3571
Phone: 619-696-0444 / Fax: 619-696-1144
Email: fgordon@gordonandholmes.com

Richard R. Waite, Esq. SBN 097942
KEENEY, WAITE and STEVENS
427 South Cedros Avenue, Suite 101
Solana Beach, CA  92075
Phone: 858-523-2130 / Fax: 858-5232135
Email: rwaite@keenlaw.com

Adam T. Kent, Esq. SBN 274275
DAYMARK REALTY ADVISORS INC.
1551 North Tustin Avenue, Suite 740
Santa Ana, CA  92705
Phone:  714-975-2284 / Fax: 714-667-6860
Email: akent@daymarkra.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JACOB PETERSEN, GAYLE PRATHER, CHRISTOPHER MASON, SUZANNE FABER, JENABE CALDWELL, MOTOKO CALDWELL, LESLIE LEE, ANTHONY MCCONAGHY, THOMAS FIORE, LESLIE STRAKA, JAY SEWARDS, FRANCES SEWARD, individually, and others similarly situated, | Case No.: SA CV-13-01292 DOC (JCGx)<br><br>~~PROPOSED~~ ORDER<br><br>Judge:         Hon. David O. Carter<br>Dept.:          9D<br>Trial Date:   August 14, 2016 |

|  |
|---|
| Named-plaintiffs, |
| v. |
| COSTCO WHOLESALE CO., INC. a Washington corporation doing business in California, TOWNSEND FARMS, INC., an Oregon corporation doing business in California, PURELY POMEGRANATE, INC., a California corporation, FALLON TRADING CO., INC., a Pennsylvania corporation doing business in California, and UNITED JUICE CORP., a New Jersey corporation doing business in California, |
| Defendants. |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter comes before the Court on the plaintiffs' Motion for Dismissal of Defendant Purely Pomegranate without prejudice pursuant to F.R.C.P. 41(a)(2). Having reviewed the papers filed in support of this motion, and being fully advised, the Court hereby orders as follows:

## ORDER

The claims that the plaintiffs have asserted against PPI are dismissed, without prejudice, and without costs. The remaining defendants retain any rights they have to assert third-party claims and cross-claims against any defendant, including PPI. The Court hereby grants leave for any defendant to bring such claims by April 24, 2015.

IT IS SO ORDERED.

Dated: March 25, 2015

*David O. Carter*

The Hon. David O. Carter
Judge, United States District Court