## DECLARATION OF SUZANNE FABER

I, SUZANNE FABER, based on personal knowledge, declare as follows:

1. I am an adult competent to testify in this matter.

2. On May 7, 2013, I purchased a bag of Townsend Farms Organic Anti-Oxidant Blend Frozen Berry Mix at the Costco located at 5050 North Nevada Avenue, in Colorado Springs, Colorado. I consumed some of the product between May 29 and June 3. A true and correct copy of the Costco Sales Audit – Transaction Detail has been attached to this Declaration as **Exhibit 1**.

3. After learning of the outbreak and recall, I followed the urgings of Costco and the CDC and received an immune-globulin shot on June 4 from Dr. John Voth, Colorado Springs Health Partners, 1770 Deer Creek Road, Monument, Colorado 80132. The shot cost $121.00.

4. Several days later, I was tested for the hepatitis-A virus, testing negative.

I affirm, under the penalty of perjury, and the laws of the State of Colorado, that the foregoing statements are true and correct.

SIGNED this 22 day of July, 2015, in El Paso County, Colorado.

*Suzanne Faber*
Suzanne Faber