# EXHIBIT No. 12

Frederic L. Gordon, Esq. SBN 98994
GORDON & HOLMES
223 W. Date Street
San Diego, CA 92101-3571
Phone: 619-696-0444 / Fax: 619-696-1144
Email: fgordon@gordonandholmes.com

Richard R. Waite, Esq. SBN 097942
KEENEY, WAITE and STEVENS
427 South Cedros Avenue, Suite 101
Solana Beach, CA 92075
Phone: 858-523-2130 / Fax: 858-5232135
Email: rwaite@keenlaw.com

William D. Marler, Esq.
Denis W. Stearns, Esq.
*Admitted Pro Hac Vice*
MARLER CLARK. L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: 206-346-1888 / Fax: 206-346-1898
Email: bmarler@marlerclark.com
Email: dstearns@marlerclark.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JACOB PETERSEN, GAYLE PRATHER, CHRISTOPHER MASON, SUZANNE FABER, JENABE CALDWELL, MOTOKO CALDWELL, LESLIE LEE, ANTHONY MCCONAGHY, THOMAS FIORE, LESLIE STRAKA, JAY SEWARDS, FRANCES SEWARD, individually, and others similarly situated,<br><br>        Named-plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CO., INC. a Washington corporation doing business in California, TOWNSEND FARMS, INC., an Oregon corporation doing business in California, PURELY POMEGRANATE, INC., a California corporation, FALLON | Case No.: SA CV-13-01292 DOC (JCGx)<br><br>**PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY**<br><br>Assigned To:    Hon. David O. Carter |

PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY - 1

TRADING CO., INC., a Pennsylvania corporation doing business in California, and UNITED JUICE CORP., a New Jersey corporation doing business in California,

Defendants.

The plaintiffs and class representatives, individually, and on behalf of all others similarly situated, make the following disclosures of expert testimony as required by Federal Rule of Civil Procedure 26(a)(2), reserving the right to disclose additional experts as rebuttal witnesses, as allowed by the Court's order dated May 19, 2016.

**Experts**

1. John Kobayashi will testify as an expert witness offering opinions consistent with those set forth in the attached report regarding post-exposure prophylaxis for individuals consumed Townsend Farms Antioxidant Frozen Berry Blend that was subject to recall for adulteration by hepatitis A.

    a. Documents Reviewed

        i. Multistate outbreak of hepatitis A virus infections linked to pomegranate seeds from Turkey (Final Update) CDCL October 28, 2013
        http://www.cdc.gov/hepatitis/Outbreaks/2013/A1b-03-31/index.html
        http://www.cdc.gov/hepatitis/outbreaks/2013/a1b-03-31/advice-consumers.html

        ii. FDA Investigates Multistate Outbreak of Hepatitis A Illnesses Associated with Pomegranate seeds from Turkish Importer, September 23, 2013, Final Report
        http://www.fda.gov/Food/RecallsOutbreaksEmergencies/Outbreaks/ucm354698.htm

        iii. Collier, MG, et. al. Outbreak of hepatitis A associated with frozen pomegranate arils imported from Turkey---Multiple U.S. States(Link) Lancet Infectious Diseases 14(10):976-81 September 4, 2014

        iv. Update: Prevention of Hepatitis A After Exposure to Hepatitis A Virus and in International Travelers. Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP), CDC MMWR Weekly, October 19, 2007 56(41); 1080-1084.

        v. Deposition of Craig Wilson, April 19, 2016

        vi. Exhibits to Craig Wilson's Deposition

PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY - 2

vii. Declarations of Class Representatives with attachments and completed Client Questionnaires.

b. Qualifications and Publications

John Kobayashi's curriculum vitae is attached to his expert report.

c. Prior Testimony

Dr. Kobayashi has not testified as an expert at trial or by deposition in the previous four years.

d. Statement of Compensation

i. Record review and report production - $500 per hour.

ii. Deposition Testimony - $750 per hour.

iii. Trial testimony - $1000 per hour.

RESPECTFULLY SUBMITTED this 29th day of August 2016.

Denis W. Stearns
WSBA No. 22004
Marler Clark, L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 346-1888
Email: dstearns@marlerclark.com

Attorneys for PLAINTIFFS

PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY - 3

August 24, 2016

Mr. Denis Stearns
Marler Clark, LLP, PS
1301 Second Avenue, Suite 2800
Seattle, Washington 98101

**RE: Expert Opinion - Post Exposure Prophylaxis
Townsend Farms Frozen Berry Blend Hepatitis Outbreak**

Dear Mr. Stearns:

You asked me to review information on post-exposure prophylaxis for individuals who were exposed to Hepatitis A Virus after consuming Townsend Farms Antioxidant Frozen Berry Blend that was subject to a recall.

I am a medical doctor, with substantial work and teaching experience in epidemiology and infectious diseases. Epidemiology is the branch of medicine that deals with the causes, distribution and control of disease in populations. I have significant experience with foodborne disease epidemiology, including Hepatitis A cases and outbreaks. Since 1982, I was State Epidemiologist for 15 of the 20 years that I worked for the Washington State Department of Health. From 2001 to March 31, 2008, I was the Long-term Consultant for the Field Epidemiology Training Program at the National Institute of Infectious Diseases in Japan. Since 1982, I have held a clinical faculty appointment at the University of Washington School of Public Health and Community Medicine. A true and correct copy of my curriculum vitae is attached.

A list of documents I reviewed to reach my conclusions is provided at the end of this letter. The significant facts are summarized below:

A. Outbreak Summary:

1. In 2013, an outbreak of Hepatitis A infections was reported in 10 states due to contaminated pomegranate arils in Townsend Farms Organic Antioxidant Blend (see documents 1, 2, and 3).

2. Over 165 people in this outbreak were confirmed with hepatitis A, and 71 (44%) were hospitalized.

August 24, 2016
Letter to Denis Stearns
re: Post-Exposure Prophylaxis,
Townsend Farms Frozen Berry Blend Hepatitis A Outbreak
page 2


3. The ill people in this outbreak reported eating this product purchased from Costco markets.


B. CDC Recommendations for Post Exposure Prophylaxis

1. In Reference 1, Advice to Consumers, the CDC stated the following:

"If you have eaten either the Townsend Farms Organic Antioxidant Blend frozen berry and pomegranate mix or the Harris Teeter Organic Antioxidant Blend within the last 14 days, you need to get the hepatitis A vaccination."

2. Reference 4 ( CDC, under the headings, **I. Prevention of Hepatitis A After Exposure to HAV, Efficacy of hepatitis A vaccine versus IG, and Advantages of hepatitis A vaccine**) states that both Immune Globulin (IG), and hepatitis A vaccine provide good protection against hepatitis A, when given within 14 days of exposure to hepatitis A virus.

3. Use of Hepatitis A Vaccine or Immune Globulin in this manner are reasonable and usual public health responses to a foodborne outbreak of Hepatitis A.


C. Costco Recommendations to Consumers

1. As described in documents 2 and 6, there was rapid progress in the epidemiologic investigation from the first report of hepatitis A cases to the identification of an international source of contamination.

2. I believe the rapid progress of the investigation was greatly facilitated by the close cooperation between Costco, and public health officials at the local, state and federal level.

3. As described in the Exhibits to Craig Wilson's Deposition (document 6), Costco rapidly provided notification to customers that hepatitis A vaccine, or immune globulin would be provided to exposed customers at Costco expense.

August 24, 2016
Letter to Denis Stearns
re: Post-Exposure Prophylaxis,
Townsend Farms Frozen Berry Blend Hepatitis A Outbreak
page 3

4. As stated by the CDC in findings B1 and B2 above, prophylaxis with either Hepatitis A vaccine or immune globulin should be performed on people who have consumed the implicated product within the previous 14 days. These measures require an epidemiologically implicated source of contamination with Hepatitis A virus, but do not require confirmation that the specific product consumed by a particular individual is positive for hepatitis A virus. Such testing is not possible, especially when considering the time limited restraints for preventing hepatitis A transmission.

D. Review of Class Representatives

I reviewed information on Class Representatives, including receipts of implicated product purchase, dates consumed, and the record of dates, and location hepatitis A vaccine or immune globulin was injected. It was appropriate and within standard public health guidelines for all Class Representatives to have received hepatitis A vaccine or immune globulin. For Class Representatives: Gayle Prather, Jacob Petersen, Suzanne Faber, Andrea Medrano, Leslie Lee, David Troutman, Leslie Straka, Jay and Frances Sewards, there was documented evidence of exposure to a food, implicated as contaminated with hepatitis A virus, and receipt of hepatitis A vaccine or immune globulin within 14 days of exposure. Class Representative Thomas Fiore lacked documentation for dates of exposure. However, since he purchased the frozen product on May 18, and received hepatitis A vaccine on June 10, it is reasonable to assume that he consumed some of the product during the two week period prior to his vaccination.

Thank you for the opportunity to comment on this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

*John M. Kobayashi*

John Kobayashi, MD, MPH

August 24, 2016
Letter to Denis Stearns
re: Post-Exposure Prophylaxis,
Townsend Farms Frozen Berry Blend Hepatitis A Outbreak
page 4

List of documents reviewed:

1. Multistate outbreak of hepatitis A virus infections linked to pomegranate seeds from Turkey (Final Update) CDC: October 28, 2013
http://www.cdc.gov/hepatitis/Outbreaks/2013/A1b-03-31/index.html
http://www.cdc.gov/hepatitis/outbreaks/2013/a1b-03-31/advice-consumers.html

2. FDA Investigates Multistate Outbreak of Hepatitis A Illnesses Associated with Pomegranate seeds from Turkish Importer, September 23, 2013, Final Report
http://www.fda.gov/Food/RecallsOutbreaksEmergencies/Outbreaks/ucm354698.htm

3. Collier, MG, et. al. Outbreak of hepatitis A associated with frozen pomegranate arils imported from Turkey---Multiple U.S. states(Link) Lancet Infectious Diseases 14(10):976-81 September 4, 2014

4. Update: Prevention of Hepatitis A After Exposure to Hepatitis A Virus and in International Travelers. Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP), CDC MMWR Weekly, October 19, 2007 56(41); 1080-1084.

5. Deposition of Craig Wilson, April 19, 2016

6. Exhibits to Craig Wilson's Deposition

7. Information regarding Class Representatives

# John M. Kobayashi, August 5, 2015

Birthdate: June 23, 1948
Retired, Clinical Associate Professor, Dept. of Epidemiology, UW SPH
6515 53rd Ave NE
Seattle, WA 98115
Email address: johnk@uw.edu

## EDUCATION

| | |
|---|---|
| 1966-1970 | Rice University, Houston, Texas |
| | B.A., Biology, magna cum laude, Phi Beta Kappa |
| 1970-1975 | Stanford University |
| | M.D. obtained 1975 |
| 1975-1978 | Resident, Family Practice, |
| | University of Arizona, Tucson |
| 1978 | Board Certified in Family Practice |
| 1978-1979 | Harvard University School of Public Health |
| | M.P.H. obtained 1979 |

## EMPLOYMENT

| | |
|---|---|
| 1979-1980 | Epidemic Intelligence Service (EIS) Officer |
| | Immunization Division, Centers for Disease Control, Atlanta, Georgia |
| 1980-1982 | EIS Officer, assigned to Office of State Public Health Laboratories and Epidemiology Seattle, Washington |
| 1982-1994 | State Epidemiologist, Washington State Department of Health |
| 1994-2000 | Senior Epidemiologist, WA DOH |
| 2000-2001 | Acting State Laboratory Director, WA DOH |
| 2000-8/3/01 | State Epidemiologist for Communicable Diseases, WA DOH |
| 8/6/01-3/31/08 | Advisor, Field Epidemiology Training Program, National Institute of Infectious Diseases, Japan |
| 8/5/02-3/31/12 | University of Washington School of Public Health |

## SHORT TERM CONSULTANCIES (WHO, Western Pacific Regional Office)

| | |
|---|---|
| 1999 | South Korea – communicable disease surveillance assessment – 2 weeks |
| | Malaysia – Nipah Virus outbreak 5 weeks |
| 2000 | Malaysia – field epidemiology training and planning – 3 weeks |
| | China – field epidemiology training program planning – 2 weeks |
| 2001 | Malaysia – emerging pathogens and field epidemiology training – 2 weeks |
| | Papua New Guinea – emerging pathogens and field epidemiology training – 2 weeks |

## ADVISORY COMMITTEES AND APPOINTMENTS

| | |
|---|---|
| 1982–present | Clinical Faculty, Department of Epidemiology, University of Washington School of Public Health |
| 1997-2001 | National Advisory Committee on Microbiological Criteria for Foods |

**PUBLICATIONS**  (* = first author supervised by John Kobayashi when work was done)

*Harris JR, Finger RF, Kobayashi JM, et al. "The Low Risk of Hepatitis B in Rural Hospitals." Journal of the American Medical Association (JAMA) 252:3270 Dec 21, 1984

*McFarland LV, Harris JR, Kobayashi JM, Dicker RC. 1984. "Risk Factors for Fireworks-Related Injury in Washington State." JAMA 251(24):3251-3254.

*McFarland L. Kobayashi J. "Fireworks Injuries: Characterization, Risk Factors, Prevention." Washington Public Health Vol 5, No 1, Fall 1985, p 10.

*Friede A. Harris JR, Kobayashi JM, Shaw FE, Shoemaker-Nawas PC, Kane MA. "Transmission of Hepatitis B Virus from Adopted Asian Children." American Journal of Public Health., (AJPH) 78:26-29 January 1988.

MacDonald KL, O'Leary MJ, Cohen ML, Norris P, Wells JG, Noll E, Kobayashi JM, Blake PA. "*Escherichia coli* O157:H7, an Emerging Gastrointestinal Pathogen: Results of a One-Year Prospective Population-Based Study." JAMA 259:3567-3570 June 24, 1988.

*Lafferty WE, Hopkins SG, Honey J, Harwell JD, Shoemaker P, Kobayashi JM. "Hospital Charges for People with AIDS in Washington State: Utilization of a Statewide Hospital Discharge Database." AJPH 78:949-952 August, 1988.

*Irwin K, Ballard J, Grendon J, Kobayashi J. "Results of Routine Restaurant Inspections Can Predict Outbreaks of Foodborne Illness: The Seattle-King County Experience." AJPH 79:586-590 May 1989.

*Ostroff SM, Tarr PI, Neill MA, Lewis JH. Kobayashi JM. "The Interaction of Toxin Genotype and Plasmid Profile with Adverse Sequelae in *Escherichia coli* 0157:H7 Infections." Journal of Infectious Diseases (JID), July 13, 1989.

*Ostroff SM, Kobayashi JM, Lewis JH. "Infections with *Escherichia coli* 0157:H7 in Washington State." JAMA 262:355 July 21, 1989.

*Ostroff SM, Griffin PM, Tauxe RV, Shipman LD, Greene KD, Wells JG, Lewis JH, Blake PA, Kobayashi JM. "A Statewide Outbreak of *Escherichia coli* O157:H7 in Washington State." American Journal of Epidemiology 132:239 1990.

*Eng TR, Borges ML, Harlin VK, Kobayashi JM. "Screening for Hepatitis B During Pregnancy - Awareness of Current Recommendations Among Washington Hospitals." Western Journal of Medicine 155(6):613-615 December 1991.

*Culpepper RC, Williams RG, Mease PJ, Koepsel TD, Kobayashi JM. "Natural History of the Eosinophilia-Myalgia Syndrome" Annals of Internal Medicine 115(6):437-442 September 15, 1991.

Andrus JK, Ostroff SM, Kobayashi JM, Horan JM, Fleming DW. "Patient-care directives and infection control: the potential conflict of interest during epidemics in long-term care facilities." American Journal of Preventive Medicine. 1992 Jul-Aug. 8(4). P 203-6.

*Quick R, Paugh K, Addis D, Kobayashi J, Baron R. "Restaurant-Associated Outbreak of Giardiasis." Journal of Infectious Diseases. 166:673-676. September, 1992.

*Quick RE, Hoge CW, Hamilton DJ, Whitney CJ, Borges M, Kobayashi JM. "Underutilization of Pneumococcal Vaccine in Nursing Homes in Washington State: Report of a Serotype-Specific Outbreak and a Survey." The American Journal of Medicine 94:149-152 February 1993.

*Bell BP, Goldoft M, Griffin PM, Davis MA, Gordon DC, Tarr PI, Bartleson CA, Lewis JH, Barrett TJ, Wells JG, Baron R, Kobayashi J "A Multistate Outbreak of *Escherichia coli* O157:H7 - Associated Bloody Diarrhea and Hemolytic Syndrome From Hamburgers: The Washington State Experience. JAMA 272:1349 November 2, 1994.

Kim HH, Samadpour M, Grimm L, Clausen CR, Besser TE, Baylor M, Kobayashi JM, Neill, MA, Schoenknecht FD, Tarr PI. "Characteristics of antibiotic-resistant *Escherichia coli* O157:H7 in Washington State, 1984-1991. J Infect-Dis. 1994 Dec. 170(6). P 1606-9.

*Dworkin, MS, Goldman DP, Wells TG, Kobayashi JM, Herwaldt BL. Cryptosporidiosis in Washington State: An Outbreak Associated with Well Water. J Infect-Dis. 1996;174:1372-6.

*Bell BP, Griffin PM, Lozano P, Christie DL, Kobayashi JM, Tarr PI. Predictors of hemolytic uremic syndrome in children during a large outbreak of *Escherichia coli* O157:H7 infections. Pediatrics. 1997 Jul. 100(1). P E12.

*Dworkin MD, Spitters C, Kobayashi, JM Pertussis in Adults. Ann Intern Med 1998 June 15:128 1047

Cody SH, Glynn MK, Farrar JA, Cairns KL, Griffin PM, Kobayashi JM et. al. An Outbreak of *Escherichia coli* O157:H7 Infection from Unpasteurized Commercial Apple Juice. Ann. Intern. Med. 2 Feb 99, 130:202-209.

*Cairns L, Blythe D, Kao A, Pappagianis D, Kaufman L, Kobayashi J, Hajjeh R. Outbreak of coccidioidomycocsis in Washington state residents returning from Mexico. Clin Infect Dis 2000 Jan; 30 (1): 61-4

*Jernigan DB, Kargacin L, Poole A, Kobayashi J. Sentinel surveillance as an alternative approach for monitoring antibiotic-resistant invasive pneumococcal disease in Washington State. Am J Public Health 2001 Jan;91(1) 142-5.

*Dworkin, MS, Shoemaker, PC, Goldoft MJ, Kobayashi JM. Reactive Arthritis and Reiter's Syndrome Following an Outbreak of Gastroenteritis Caused by Salmonella Enteriditis. Clin Infect Dis. 2001 Oct 1;33(7):1010-4.

*Tanaka T, Takahashi H, Komatsuzaki M, Matsui T, Kaku K, Ohyama T, Kishimoto T, Honda A, Kobayashi JM, Okabe N. Universal questionnaire needed for investigations of diffuse out-breaks of enterohemorrhagic Escherichia coli in Japan. Jpn J Infect Dis. 2001 Oct;54(5):197-8.

* Bruce MG, Curtis MB, Payne MM, Gautom RK, Thompson EC, Bennett AL, Kobayashi JM. Lake-associated outbreak of Escherichia coli O157:H7 in Clark County, Washington, August 1999. Arch Pediatr Adolesc Med. 2003 Oct; 157(10):1016-21

Kobayashi, JM. Field Epidemiology Training Programs. J. Natl. Inst. Public Health 52 (2): 2003, p 110-112.

*Matsui, T, Suzuki S, Takahashi H., Ohyama T, Kobayashi J, et. al Salmonella Enteritidis outbreak associate with a school lunch dessert : cross-contamination and a long incubation period, Japan, 2001. Epidemiol. Infect. (2004) 132, 873-879.

Kobayashi, J. Enhanced susceptibility to foodborne infections and disease due to underlying illness and pregnancy. Chapter 10 in *Food consumption and disease risk. Consumer – pathogen interactions.* Morris Potter, ed. CRC Press, New York, 2006.

Ann Marie Kimball, Yuzo Arima, Carl Osaki, James Werle, John Kobayashi, Jacqueline Brown, Louis Fox  Real-time videoconferencing: promise for pandemic influenza preparedness. Journal of Telemedicine and Telecare - 01/2006; 12(7):53-55.

 *T. Matsui, K. Nakashima, T. Ohyama, J. Kobayashi, Y. Arima, T. Kishimoto, M.Ogawa, Y. Cai, S. Shiga, S.Ando, I. Kurane, K. Tabara, A. Itagaki, N. Nitta, H. Fukushi, A.Matusmoto and N. Okabe Short Report: An outbreak of psittacosis in a bird park in Japan. Epidemiology and Infection. (Accepted 25 April 2007)

Jason N. Doctor, Janet G. Baseman, William B. Lober, Jac Davies, John Kobayashi, Bryant T. Karras, and Sherrilynne Fuller  Time-Tradeoff Utilities for Identifying and Evaluating a Minimum Data Set for Time-Critical Biosurveillance Med Decis Making 2008 28: 351-358.

*Nobuo Mori, Yasushi Ohkusa, Takaaki Ohyama, Keiko Tanaka-Taya, Kiyosu Taniguchi, John M. Kobayashi, Mikio Doy, Nobuhiko Okabe. Estimation of the measles vaccine coverage needed to prevent transmission in schools. Pediatrics International. Dec 2008.

*T Matsui, J Kobayashi, H Satoh, T Fujimoto, N Okabe, S Ando, T Kishimoto, S Yamamoto. Surveillance, recognition, and reporting of Tsutsugamushi disease (scrub typhus) and Japanese spotted fever by general practice clinics in Miyazaki Prefecture, determine by questionnaire survey in 2007. J Infect Chemother (2009) 15:269-272.

*Y Suzuki, K Taya, K Nakashima, T Ohyama, JM Kobayashi, Y Ohkusa, N Okabe, Risk Factors for severe hand foot and mouth disease. Pediatr Int. 2010 Apr; 52(2):203-7. Epub 2009 Aug 3

Kobayashi, J.  Infectious Disease Epidemiology. Chapter1 in *Infectious Disease Epidemiology Handbook.* K. Taniguchi, ed. (in Japanese) Igaku Shoin, Tokyo, 2015