William D. Marler, Esq.
Denis Stearns, Esq.
*Admitted Pro Hac Vice*
MARLER CLARK. L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  206-346-1888 / Fax:  206-346-1898
Email: bmarler@marlerclark.com
Email: dstearns@marlerclark.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JACOB PETERSEN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CO., INC., TOWNSEND FARMS, INC., FALLON TRADING CO., INC, and UNITED JUICE CORP.,<br><br>　　　　　Defendants. | Case No.: SA CV-13-01292 DOC (JCGx)<br><br>**SUPPLEMENTAL DECLARATION OF DENIS W. STEARNS ATTACHING CORRECTED EXPERT REPORT, EXHIBIT NO. 12**<br><br>Motion-Hearing Date & Time:<br>　　December 19, 2016, 8:30 AM<br><br>Trial Date:   April 25, 2017 |

I, Denis Stearns, declare as follows:

　　1.　　I am an attorney of record in this matter, the Court having admitted me pro hac vice to represent the plaintiffs before this Court. In addition, I am competent to make this Declaration, and I do so based on my personal knowledge and good faith belief.

　　2.　　The plaintiffs originally attached to the Expert Report of John Kobayashi, MD, MPH, to their Opposition to Defendants' Motion for Decertification (Dkt. 216-12), doing so without objection of the defendants. The plaintiffs attached the identical report to

1

the Opposition to Defendants' Motion for Summary Judgment (Dkt. 240-12), but this time drew the objection that the report was not signed under penalty of perjury. See Def. Obj.'s to Evidence (Dkt. 239) at 2 and n. 2. The attached expert report is **identical** to the report attached as Exhibit No. 12, but with the addition of the "penalty of perjury" statement.

I, Denis Stearns, declare under penalty of perjury, and the laws of the State of Washington and California, that the above statements are true and correct, and that all of the attached excerpts from deposition-transcripts are true and correct photocopies.

Executed this 8th day of December, 2016 in Seattle, Washington.

_____
Denis W. Stearns

December 8, 2016

Mr. Denis Stearns
Marler Clark, LLP, PS
1301 Second Avenue, Suite 2800
Seattle, Washington 98101

**RE: Expert Opinion- Post Exposure Prophylaxis**
**Townsend Farms Frozen Berry Blend Hepatitis Outbreak**

Dear Mr. Stearns:

You asked me to review information on post-exposure prophylaxis for individuals who were exposed to Hepatitis A Virus after consuming Townsend Farms Antioxidant Frozen Berry Blend that was subject to a recall.

I am a medical doctor, with substantial work and teaching experience in epidemiology and infectious diseases. Epidemiology is the branch of medicine that deals with the causes, distribution and control of disease in populations. I have significant experience with foodborne disease epidemiology, including Hepatitis A cases and outbreaks. Since 1982, I was State Epidemiologist for 15 of the 20 years that I worked for the Washington State Department of Health. From 2001 to March 31, 2008, I was the Long-term Consultant for the Field Epidemiology Training Program at the National Institute of Infectious Diseases in Japan. Since 1982, I have held a clinical faculty appointment at the University of Washington School of Public Health and Community Medicine. A true and correct copy of my curriculum vitae is attached.

A list of documents I reviewed to reach my conclusions is provided at the end of this letter. The significant facts are summarized below:

A. Outbreak Summary:

1. In 2013, an outbreak of Hepatitis A infections was reported in 10 states due to contaminated pomegranate arils in Townsend Farms Organic Antioxidant Blend (see documents 1, 2, and 3).

2. Over 165 people in this outbreak were confirmed with hepatitis A, and 71 (44%) were hospitalized.

December 8, 2016
Letter to Denis Stearns
re: Post-Exposure Prophylaxis,
Townsend Farms Frozen Berry Blend Hepatitis A Outbreak
page 2

3. The ill people in this outbreak reported eating this product purchased from Costco markets.

B. CDC Recommendations for Post Exposure Prophylaxis

1. In Reference 1, Advice to Consumers, the CDC stated the following:

"If you have eaten either the Townsend Farms Organic Antioxidant Blend frozen berry and pomegranate mix or the Harris Teeter Organic Antioxidant Blend within the last 14 days, you need to get the hepatitis A vaccination."

2. Reference 4 (CDC, under the headings, I. Prevention of Hepatitis A After Exposure to HAV, Efficacy of hepatitis A vaccine versus IG, and Advantages of hepatitis A vaccine) states that both Immune Globulin (IG), and hepatitis A vaccine provide good protection against hepatitis A, when given within 14 days of exposure to hepatitis A virus.

3. Use of Hepatitis A Vaccine or Immune Globulin in this manner are reasonable and usual public health responses to a foodborne outbreak of Hepatitis A.

C. Costco Recommendations to Consumers

1. As described in documents 2 and 6, there was rapid progress in the epidemiologic investigation from the first report of hepatitis A cases to the identification of an international source of contamination.

2. I believe the rapid progress of the investigation was greatly facilitated by the close cooperation between Costco, and public health officials at the local, state and federal level.

3. As described in the Exhibits to Craig Wilson's Deposition (document 6), Costco rapidly provided notification to customers that hepatitis A vaccine, or immune globulin would be provided to exposed customers at Costco expense.

December 8, 2016
Letter to Denis Stearns
re: Post-Exposure Prophylaxis,
Townsend Farms Frozen Berry Blend Hepatitis A Outbreak
page 3

4. As stated by the CDC in findings B1 and B2 above, prophylaxis with either Hepatitis A vaccine or immune globulin should be performed on people who have consumed the implicated product within the previous 14 days. These measures require an epidemiologically implicated source of contamination with Hepatitis A virus, but do not require confirmation that the specific product consumed by a particular individual is positive for hepatitis A virus. Such testing is not possible, especially when considering the time limited restraints for preventing hepatitis A transmission.

D. Review of Class Representatives

I reviewed information on Class Representatives, including receipts of implicated product purchase, dates consumed, and the record of dates, and location hepatitis A vaccine or immune globulin was injected. It was appropriate and within standard public health guidelines for all Class Representatives to have received hepatitis A vaccine or immune globulin. For Class Representatives: Gayle Prather, Jacob Petersen, Suzanne Faber, Andrea Medrano, Leslie Lee, David Troutman, Leslie Straka, Jay and Frances Sewards, there was documented evidence of exposure to a food, implicated as contaminated with hepatitis A virus, and receipt of hepatitis A vaccine or immune globulin within 14 days of exposure. Class Representative Thomas Fiore lacked documentation for dates of exposure. However, since he purchased the frozen product on May 18, and received hepatitis A vaccine on June 10, it is reasonable to assume that he consumed some of the product during the two-week period prior to his vaccination.

Thank you for the opportunity to comment on this matter. If you have any questions, please do not hesitate to contact me.

Having reviewed the statements set forth above, I swear under penalty of perjury, and the laws of the State of Washington and California, that all of the statements are true and correct.

Signed, this 8th day of December, 2016.

Sincerely,

*John Kobayashi*

John Kobayashi, MD, MPH

December 8, 2016
Letter to Denis Stearns
re: Post-Exposure Prophylaxis,
Townsend Farms Frozen Berry Blend Hepatitis A Outbreak
page 4

List of documents reviewed:

1. Multistate outbreak of hepatitis A virus infections linked to pomegranate seeds from Turkey (Final Update) CDC: October 28, 2013
http://www.cdc.gov/hepatitis/Outbreaks/2013/A1b-03-31/index.html
http://www.cdc.gov/hepatitis/outbreaks/2013/a1b-03-31/advice-consumers.html

2. FDA Investigates Multistate Outbreak of Hepatitis A Illnesses Associated with Pomegranate seeds from Turkish Importer, September 23, 2013, Final Report
http://www.fda.gov/Food/RecallsOutbreaksEmergencies/Outbreaks/ucm354698.htm

3. Collier, MG, et. al. Outbreak of hepatitis A associated with frozen pomegranate arils imported from Turkey---Multiple U.S. states (Link) Lancet Infectious Diseases 14(10):976-81 September 4, 2014

4. Update: Prevention of Hepatitis A After Exposure to Hepatitis A Virus and in International Travelers. Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP), CDC MMWR Weekly, October 19, 2007 56(41); 1080-1084.

5. Deposition of Craig Wilson, April 19, 2016

6. Exhibits to Craig Wilson's Deposition

7. Information regarding Class Representatives

William D. Marler, Esq.
Denis Stearns, Esq.
*Admitted Pro Hac Vice*
MARLER CLARK. L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  206-346-1888 / Fax:  206-346-1898
Email: bmarler@marlerclark.com
Email: dstearns@marlerclark.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JACOB PETERSEN, GAYLE PRATHER, SUZANNE FABER, ANDREA MEDRANO, LESLIE LEE, DAVID TROUTMAN, THOMAS FIORE, LESLIE STRAKA, JAY SEWARDS, FRANCES SEWARDS, individually, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CO., INC., et al.,<br><br>Defendants. | CASE NO. 8:13-cv-01292 DOC (JCGx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:         December 19, 2016<br>Time:        8:30 AM<br>Courtroom:  9D<br><br>Assigned To:  Hon. David O. Carter<br>Trial Date:      April 25, 2017 |

I hereby certify that on the 8th day of December, 2016, I electronically transmitted the foregoing document, Supplemental Declaration of Denis W. Stearns Attaching Corrected Expert Report, Exhibit No. 12 to the U.S. District Court Clerk's Office using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing, thereby serving all counsel of record in this matter.

By:      /s/ Denis W. Stearns